The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Donald Keith Epps
    v. Commonwealth of Virginia
    Record No. 0148-15-3
    Opinion rendered by Judge O'Brien on
    May 31, 2016

2.  Wayne Antonio Bland, Jr.
    v. Commonwealth of Virginia
    Record No. 0864-15-2
    Opinion rendered by Judge Chafin on
    June 7, 2016

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Andrew Wallace
    v. Commonwealth of Virginia
    Record No. 1476-14-1
    Opinion rendered by Judge Petty
      on July 28, 2015
    Affirmed by order (151296)

2. Geoffrey Narcisco Rivera
    v. Commonwealth of Virginia
    Record No. 1931-14-1
    Opinion rendered by Judge Chafin
      on November 10, 2015
    Refused (160093)

3. Robert Lee McLaughlin, Jr.
    v. Commonwealth of Virginia
    Record No. 1187-14-1
    Opinion rendered by Judge Beales
      on November 17, 2015
    Refused (151908)

4. Claude Davis
    v. Commonwealth of Virginia
    Record No. 0693-14-1
    Opinion rendered by Judge Beales
      on November 24, 2015
    Refused (151892)

5. Jason Merritt Overbey
    v. Commonwealth of Virginia
    Record No. 1470-14-2
    Opinion rendered by Judge Alston
      on December 15, 2015
    Refused (160081)

6. Patrick Franklin Graves, Jr.
    v. Commonwealth of Virginia
    Record No. 2344-14-1
    Opinion rendered by Judge Decker
      on January 12, 2016
    Refused (160141)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. Irving Thomas Small
   v. Commonwealth of Virginia
   Record No. 2030-14-1
   CAV petition for appeal denied by Judge McCullough on June 15, 2015
   Judgment of Court of Appeals affirmed by opinion rendered on July 14, 2016
   (150965)

2. Leonte D. Edmonds
   v. Commonwealth of Virginia
   Record No. 1958-14-4
   CAV petition for appeal denied by Judge O'Brien on June 19, 2015
   Judgment of Court of Appeals affirmed by opinion rendered on July 14, 2016
   (151100)